**CHANEY STEEL COMPANY, INC., Appellant,**

v.

**WESTERN AUTO SUPPLY COMPANY, Respondent.**

No. WD 50239.

Missouri Court of Appeals, Western District.

Sept. 5, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1995.

Application to Transfer Denied Dec. 19, 1995.

Albert W. L. Moore, Jr., Independence, for appellant.

Ed Dougherty, Philip R. Holloway, Miller, Dougherty & Modin, Kansas City, for respondent.

Before BERREY, P.J. and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Chaney Steel Company, Inc. appeals from a jury verdict awarding it $870.00 against Western Auto Supply Company for breach of warranty and from the trial court's order denying Chaney's motion for judgment notwithstanding the verdict. We affirm the judgment by summary order.

Affirmed. Rule 84.16(b).